# Exhibit C



# GOVERNMENTAL AFFAIRS AGENT
## NOTICE OF REPRESENTATION
### (For Registering a Represented Entity)

**FORM NR**

FOR STATE USE ONLY

ELEC Received
Apr 10, 2023 9:25 PM

**NEW JERSEY ELECTION LAW ENFORCEMENT COMMISSION**
P.O. Box 185, Trenton, NJ 08625-0185
(609) 292-8700 or Toll Free Within NJ 1-888-313-ELEC (3532)
Website: www.elec.state.nj.us

## Name of Governmental Affairs Agent

First Name: Rajiv
Last Name: Parikh
Badge Number: 1557-7
☐ Amendment Specify
Business Name: Genova Burns
Business Address: 494 Broad Street
City: Newark
State: NJ
Zip Code: 07102
*(Area Code) Telephone Number: 973-533-0777

**(Part I)**

The following questions pertain to the represented entity from whom the Governmental Affairs Agent (GAA) receives compensation for acting as a GAA.

1. State the full name, business address, and occupation or principal business of the represented entity from whom the GAA receives compensation:

Name of Represented Entity: Atlas Privacy
Address: 2810 N Church Street, Unit 72500
City: Wilmington
State: DE
Zip Code: 19802
Occupation or Principal Business: Data privacy

*Leave this field blank if your telephone number is unlisted. Pursuant to N.J.S.A. 47:1A-1.1, an unlisted telephone number is not a public record and must not be provided on this form.

2. If the represented entity named above is a membership organization or corporation whose name or occupation does not clearly reveal the interest in which it seeks advancement through the services of its GAA, please complete the information below:

   A. Describe the represented entity's primary economic, social, political, or other interest:

   [                                                                                                      ]

   B. List the person(s) having organizational or financial control of the membership organization or corporation:

   Name _____

   Address _____
   _____

   City _____  State _____  Zip Code _____

   Occupation _____

3. State the full name, business address, and occupation or principal business of any person or entity in whose interest the GAA acts in consideration of the compensation paid, if such person or entity is other than the represented entity listed above in Question #1 of Part I.

   Name _____

   Address _____
   _____

   City _____  State _____  Zip Code _____

   Occupation or Principal Business _____

(Part II)

Check one of the following

- ⦿ The Represented Entity will be represented by the GAA filing this NR.
- ◯ The Represented Entity will be represented by all GAAs registered under the Business Name indicated herein.
- ◯ The Represented Entity will be represented by specific GAAs registered under the Business Name indicated herein. They are listed below.

[                                                                                                      ]

(Part III)

Please list the type(s) of, and any specific, legislation, regulation(s), or governmental process(es), in which the within GAA(s) will be promoting or opposing on behalf of the Represented Entity.

Data protection and privacy

Registration Number: **********       PIN: ******

RAJIV D PARIKH                        04/10/2023
Signature of Governmental Affairs Agent    Date