# Exhibit E

**STATE OF NEW JERSEY**
**DEPARTMENT OF THE TREASURY**
**DIVISION OF REVENUE AND ENTERPRISE SERVICES**
**LONG FORM STANDING WITH OFFICERS AND DIRECTORS**

**ATLAS DATA PRIVACY CORPORATION**
*0451071286*

I, the Treasurer of the State of New Jersey, do hereby certify that the above-named Delaware Foreign For-Profit Corporation was registered by this office on January 12, 2024.

As of the date of this certificate, said business continues as an active business in good standing in the State of New Jersey, and its Annual Reports are current.

I further certify that the registered agent and office are:

> REGISTERED AGENTS INC.
> FIVE GREENTREE CENTRE, 525 ROUTE 73
> STE 104
> MARLTON, NJ 08053

I further certify that as of the date of this certificate, no officers or directors were on file for this business.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 19th day of March, 2024

*Elizabeth Maher Muoio*
*State Treasurer*

Certificate Number : 6151863982

Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp