Scott S. Christie (Id. No. 037901989)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07172
Phone: (973) 848-5388
Fax: (973) 297-3981
schristie@mccarter.com

*Counsel for Defendant Telnyx LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>TELNYX LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No. _____<br><br><br><br><br><br>Removed from the Superior Court of New Jersey, Law Division, Morris County, Case No. MRS-L-000260-24 |

### DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2

Pursuant to Local Civil Rule 11.2, the undersigned attorney of record for Defendant Telnyx LLC certifies that to the best of my knowledge and based upon the information available to me:

2

- this action was initiated in the Superior Court of New Jersey, Law Division, Morris County, involved the same parties, and was assigned a docket number of MRS-L-000260-24; and

- the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2024

/s/ *Scott S. Christie*
Scott S. Christie
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07172
Phone: (973) 848-5388
Fax: (973) 297-3981
schristie@mccarter.com

*Counsel for Defendant Telnyx LLC*