Scott S. Christie (Id. No. 037901989)
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07172
Phone: (973) 848-5388
Fax: (973) 297-3981
schristie@mccarter.com

*Counsel for Defendant Telnyx LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>TELNYX LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | Civil Action No. _____<br><br><br><br>Removed from the Superior Court of New Jersey, Law Division, Morris County, Case No. MRS-L-000260-24 |

**<u>DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 201.1</u>**

Pursuant to Local Civil Rule 201.1, the undersigned attorney of record for Defendant Telnyx LLC certifies that the above-captioned action is not subject to compulsory arbitration in that, *inter alia*, Plaintiffs purport to seek injunctive and other equitable relief.

ME1 44317736v.1

2

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2024

/s/ *Scott S. Christie*
Scott S. Christie
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07172
Phone: (973) 848-5388
Fax: (973) 297-3981
schristie@mccarter.com

*Counsel for Defendant Telnyx LLC*

2