IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, and PETER ANDREYEV,<br><br>                   Plaintiffs,<br><br>              v.<br><br>TELNYX LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>                   Defendants. | Civil Action No. _____<br><br><br><br><br><br><br><br><br>Removed from the Superior Court of New Jersey, Law Division, Morris County, Case No. MRS-L-000260-24 |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
TELNYX LLC PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant Telnyx LLC by and through its undersigned counsel, hereby states that it is a wholly-owned subsidiary of Telnyx, Inc., and that no publicly-held corporation owns 10% or more of its stock.

Executed on March 28, 2024

/s/ *Scott S. Christie*
Scott S. Christie
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07172
Phone: (973) 848-5388
Fax: (973) 297-3981
schristie@mccarter.com

*Counsel for Defendant Telnyx LLC*