# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, and PETER ANDREYEV,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>TELNYX LLC, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>　　　　　　　Defendants. | Civil Action No. _____<br><br><br>Removed from the Superior Court of New Jersey, Law Division, Morris County, Case No. MRS-L-000260-24 |

## DIVERSITY DISCLOSURE STATEMENT OF DEFENDANT TELNYX LLC PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Defendant Telnyx LLC, by and through its undersigned counsel, hereby states that (a) it is a limited liability company formed under the laws of the State of Illinois, with a mailing address in Chicago, Illinois; and (b) the sole member of Telnyx LLC is Telnyx, Inc., a corporation incorporated in the State of Delaware with a mailing address in Wilmington, Delaware.

ME1 44317675v.1

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2024

/s/ *Scott S. Christie*
Scott S. Christie
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07172
Phone: (973) 848-5388
Fax: (973) 297-3981
schristie@mccarter.com

*Counsel for Defendant Telnyx LLC*