| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING | |
|---|---|---|---|
| James Lee | 24- 3993 et al. | Atlas / all plaintiffs | (PRO HAC pending) |
| Mark Mao | 24-3993 et al. | All Plaintiffs | (pro HAC pending) |
| Adam Shaw  Boies Schiller Flexner | " | " | (pro HAC pending) |
| Rajiv D. Parikh - PEM Law, LLP | " | All Plaintiffs | |
| Ryan McGee  MORGAN & MORGAN | " | All Plaintiffs | (PHV pending) |
|  |  |  | |
|  |  |  | |
|  |  |  | |
|  |  |  | |
|  |  |  | |
|  |  |  | |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Kristen Rodriguez | 24-04442 | Wiland, Inc. |
| Dianoa Evans | 24-4184 | Lusha Systems Inc. |
| " | 24-4609 | Nuwber, Inc. |
| " | 24-4175 | Claritas, LLC |
| Marcel Pratt | 24-4269 | Thomson Reuters |
| Stephen Turner | 24-04442; 24-04073 | Wiland, Inc.; Commercial Real Estate Exchange Inc |
| Tom Cialino | 24-04949 | Belles Camp Communications, Inc. |
| Aaron Van Nostrand | 24-4380 | Galtknt entities |
| " | 24-4696 | Outside Interactive, Inc |
| Jennifer Fiorica Delgado | No. 24-4383 | accuZIP, Inc. |
| Jason A. Spak | 1:24-cv-04176 | Innuis Data Solutions, Inc. |
| GAVIN RODNEY | 24-04566 | Lexis Nexis Risk Data Managem. |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Elijah O'Kelley | 24-4298 | Equifax, Inc.; Kount, Inc. |
| Thomas Kenny | 24-04098 | Quantorium Group, Quantorium Alliance |
| MATTHEW STEIN | 24-4770 | VERICAST CORP. |
| BETHANY LOBO | 24-4770 24-4571 | ~~VERICAST~~ CIVALASSIS PRECISELY |
| George Z. Twill | 24cv-04181-HB | Data Axle, Inc. |
| John Scott | 24-cv-04269 | Thompson Reuters Corp; Thompson Reuters Holding Ltd., et al. |
| Angelo Stio / Mike Schwartz | 24-4107; 24-4447; 24-4077; 24-4080; 4075; 4110; 4113; 4182; 4064; 4230 | Acxiom, AT Data, Carco, Deluxe, DM Group, Enformion, Red Violet, Remine, RocketReach, Corelogic. |
| Matt Modesson | 24-cv-4345 | i360, LLC |
| Aaron Gold / Whitney Smith | 24-cv-4114 | Remax LLC |
| Jean A. Occhiogrosso / Blaine Kimrey | 24-cv-4001 | Hiya, Whitepages |
| Marissa M. Wenzel | 24-cv-4271 | Choreograph LLC |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Tyler Domino | 24-cv-4392 | MyHeritage Ltd. MyHeritage (USA), Inc. |
| NICHOLAS LAGEMANN | 24-cv-4392 | MYHERITAGE LTD & MYHERITAGE (USA) INC. |
| STACEY TORRES | 24-cv-4434 | e-merges.com |
| Samantha Southall, Jacqueline Weyand | 24-cv-04288 | Trans Union, TRADS Neustar |
| Samantha Southall, Jacqueline Weyand | 24-cv-04256 | Zillow Inc. Zillow group Inc |
| Jorkeell Echeverria Carlton Fields P.A. | 24-cv-3993 | Blackbaud, Inc. |
| *Joshua Brinen, Brinen & Associates | State Court in Morris County | REIPRO, LLC |
| Joshua Howley, Daniel Queen | 24-cv-4299 | Spokeo, Inc. |
| SCOTT CHRISTIE MCCARTER & ENGLISH | 24-4388 | BLACK KNIGHT, TELNYX |
| Xi Gao (Tracy) | 24-4103 | Yardi Systems, Inc |
| Anthony J. Staltari Quinn Emanuel | 24-cv-4103 | Yardi Systems, Inc. |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Eric Lubin | 24:4141<br>24-4143<br>24-4160 | Digital Safety Products<br>Civil Data research, Nahatal Data...<br>Scalable Commerce |
| William C. Baton | 24-4571<br>24-4770 | Precisely<br>Valassis |
| SUDHIR RAO | 24-4171 | PEOPLE DATA LABS, INC. |
| SERRIN TURNER | 24-4111<br>24-4105 | Costar<br>Lightbox |
| Marc Shapiro | 24-4095 | Twilio Inc. |
| Sarah Hutchins | 24-03993 | Blackbaud, Inc. |
| Chiny Rue | 24-4104<br>24-4106 | 6Sense Insights, Inc<br>Search Query Inc |
| Ryan Savercool | 24-4850 | The Lifetime Value Co. LLC, et al. |
| David Cheifetz | 24-4850 | the Lifetime Value Co LLC et al. |
| Richard Lomuscio | 24-4345 | i360 |
| Ross Lewin | 24-4168 | Epsilon Data Management, Citrus ad<br>Conversant |
| Ryan Cooper | 24-4174 | Labels & Lists, Inc. |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Robert Collins | 2:24-cv-4112<br>3:24-cv-4227 | Oracle, et al<br>People Connect, Intelius |
| Ryan O'Neill | 2:24-cv-4292 | Melissa Data |
| Jennifer Adler | 1:24-cv-4390 | Fortnoff Financial, LLC |
| Michael Margulies | 2:24-cv-04217 | Teltech Systems, Inc.<br>Epic Applications LLC |
| Kevin Reich | 24-cv-4261 | Equimine, Inc. |
| Richard Welch | 1:24-cv-4717 | People Data Labs. |
| Thomas C. Regan | 1:24-cv-4385 | Synaptiv |
| Brian T. Noel | 1:24-cv-4096 | Delvepoint |
| John MacDonald | 3:24-04324 | Accuinfo and Restoration |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Robert T Szyba | 24-cv-4041 4045 4057 | Infomatics People Searchers We Inform |
| Peter Quinn | 1:24-cv-04383 | AccuZIP, Inc |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |