| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| RAJIV D. PARIKH | ALL | PLAINTIFFS |
| ADAM SHAW | ALL | PLAINTIFFS |
| MARK MAO | ALL | PLAINTIFFS |
| RYAN McGEE | ALL | PLAINTIFFS |
| *[signature]* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Angelo Stio, Troutman Pepper Melissa Chuderewicz | 1:24-CV-4107, 4447 4077, 4110, 4113, 4182 4230 | Defendants |
| Marissa M. Wenzel | 1:24-CV-4571 | Choreograph LLC |
| John Scott | 24-CV-4269 | Thomson Reuters |
| Whitney Smith | 24-4114 | Re/Max |
| KEN FRIEDMAN | 24-4770 | VERICAST |
| Scott Christie | 24-4233 | BLACK KNIGHT |
| SUDHIR RAO | 24-4171 | PEOPLE DATA LABS, INC |
| John Toro | 24-04298 | Equifax + Kount, Inc. |
| Alexandra Jacobs | 24-4571 | First American |
| Michael Margulies | 24-cv-04217 | Teltech Systems Inc. Epic Solutions, LLC |
| Robert Collins | 24-cv-04112 -04227 | Oracle et al. Intelius et al. |
| Aaron Van Nostrand | 24-4696 | Outside Interactive, Inc. |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| George Z. Twill | 1:24-cv-04181-HB | Data Axle, Inc. |
| Jacqueline Weyand | 24-cv-4288 | Trans Union LLC / Zillow Inc |
| Ross Lewin | 24-cv-4256  1:24-cv-4168 | Epsilon Party Defendants |
| Matt Boxer | 24-cv-6160-HB | LexisNexis Risk Data Mgmt, LLC |
| Stephen Turner | 24-cv-4073 | Commercial Real Estate Exchange Inc. |
| Elaine Kimrey | 24-cv-3998 + 4000 | Whitepages + Hiya |
| William C. Baton | 24-4571  24-4770 | Precisely  Valassis |
| Sarah Hutchins | 24-03993 | Blackbaud, Inc. |
| Daniel Queen | 24-4299 | Spokeo, Inc. |
| Brad Bagken | 24-cv-04111  24-cv-04105 | CoStar, LightBox |
| Kristen Rodriguez | 24cv 04442 | Wiland |
| Robert T Szyba | 24-cv-4037 | We Inform I cv  The People Searchers  Infomatics |

| NAME (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Chirag H Patel | 24-0104 / 24-0106 | 6Sense Insights Inc / Search Query Inc |
| Ryan Saveson | 24-4850 | Lifetime Value Co |
| David Cheifetz | 24-4850 | " " |
| Tyler J Domino | 24-cv-4392 | MyHeritage / MyHeritage (USA) |
| Bianca Evans | 24-cv-4609 | Nuwber, Inc. |
| ↓ | 24-cv-4175 | Claritas, LLC |
| ↓ | 24-cv-4184 | Lusha Systems Inc. |