| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Matthew Boxer | 1:24-cv-6160 | LexisNexis |
| Bob Cosp--- | 24-cv-4096 | Delvepoint |
| Markiana Julceus |  | AccuZIP |
| Ryan Cooper | 24-cv-4174 | Labels & Lists, Inc |
| Kelly Purcaro | 24-CV-05656 | Atesco |
| Kelly Purcaro | 24-CV-05775 | Amerilist |
| Kelly Purcaro | 24-CV-05658 | Searchbug |
| Kelly Purcaro | 24-CV-07324 | US Data |
| Kelly Purcaro | 24-CV-04389 | JoyRockwell/Postcardmania |
| Krista Rose | 1:24-cv-04288 | Trans Union, LLC |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Krista Rose | 1:24-cv-04256 | Zillow, Inc. |
| Eric Lubin | 3:24-cv-04143 | Civil data research |
| Eric Lubin | 3:24-cv-04141 | Digital safety products |
| Eric Lubin | 2-24-cv-04100 | Scalable commerce & National Data Analytics |
| Thomas Cialino | 1:24-cv-04949-HB | Belles Camp Communications, Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Michael Margulies | 1:24-cv-04217 | Teltech; Epic |
| Robert T Szyba | 24-cv-4037 | We Inform Informatics; The People Searchers |
| Stephen Turner | 24-cv-4442; 24-cv-4073 | Wiland Inc.; Commercial Real Estate Exchange Inc. |
| Joshua Davey | 24-cv-4113 | Enformion |
| Katherine Sobiech | 24-cv-4182 | Epsilon Data |
| Steve Stransky | 24-cv-04390 | Fortnoff Financial, LLC |
| Thomas Regan | 24-cv-04385 | Synaptix |
|  |  |  |
|  |  |  |
|  |  |  |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Angelo Stio, Troutman Pepper; Michael Schwartz, " | 1:24 cv 4107; 4447; 4077; 4119; 4110; 4113; 4182; 4230 | Troutman Defendant |
| Kayla LaRosa, Manatt, Phelps & Phillips | 1:24 CV 04770; 1:24 CV 08075 | Vericast, LLC (defendant) Smarty, LLC (defendant) |
| Tyler Domino, Sidley Austin LLP | 1:24-CV-~~4354~~ 04392 | My Heritage Ltd My Heritage (USA) Inc. |
| Samir Deger-Sen, Latham and Watkins | 1:24-cv-04227 1:24-cv-04112 1:24-cv-04111 1:24-cv-04105 | PeopleConnect Oracle CoStar LightBox |
| Aaron Van Nostrand, Greenberg Traurig | 24-cv-4380 | Gothnt, LLC |
| Sarah Heba-Escobar | 1:24-CV-04292 | Melissa Data Corporation |
| Alexandra Jacobs | 1:24-cv-5334 | First American Financial Corp |
| William C. Baton | 24-4571 24-4770 | Precisely Valassis |
| Ryan Saveroul | 24-4856 | LifetimeValue Co. |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Marissa Wenzel | 24-cv-04271 | Choreograph LLC |
| Sarah Hutchins | Blackbaud | Blackbaud |
| JOHN MACDONALD DAVID TUDELSON | 1:24-cv-4324 | RESTORATION /ACCESS |
| Aaron Gold, Whitney Smith | 24-cv-4114 | RE/MAX, LLC |
| Scott Christie McCARTER & ENGLISH | 24-4233 | BLACK KNIGHT TECHNOLOGIES |
| H Mark Stichel | 24-4434 | eMerges.com, Inc |
| Michael Berry | 24-4269 | Thomson Reuters |
| Marcel Pratt | 24-4269 | Thomson Reuters |
| Benjamin Bright | 24-4299 | Spokeo Inc. |
| Bianca Evans | 24-4184 | Whitepages Inc. |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Bianca Evans | 24-475 | Claritas, LLC |
| Charles Spalding, Jr. | 1:24-cv-04298 | Equifax, Inc. |
| | | Kount, Inc. |
| Robert Collins | 1:24-cv-04227 | People Connect et al. |
| | 1:24-cv-04112 | Oracle et al. |
| Brad Baglien | | CoStar |
| | | LightBox |
| | | 24-cv 04111 |
| | | 24-cv-04105 |
| Sudhir Rao | 1:24-cv-04171 | People Data Labs, Inc. |
| Bryan Clark | 24-cv-3998 | Whitepages, Inc. |
| Blaine Kimrey | 24-cv-4000 | Hiya, Inc. |
| Kevin Reich | 24-cv-4261 | Equimine, Inc. |
| David Cheifetz | 24-cv-4850 | Lifetime Value ary. |
| George Twill | 1:24-cv04181 | Data Axle, Inc. |

Intervenor - State of NJ (AG)

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Michael Zuckerman | 1:24-cv-4107 (HB) | Attorney General of New Jersey |
| Jeremy Feigenbaum | " " | " " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Plaintiffs

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Eric Palmer | 1:24-cv-6160 HB | Plaintiffs |
| Raj Parikh | " " | Plaintiffs |
| Ryan McGee | " " | Plaintiffs |
| Mark Mao | " " | Plaintiffs |
| James Lee | " " | Plaintiffs |
| Joshua Stein | " " | Plaintiffs |
| Julia Bront | " " | Plaintiffs |
| Adam Shaw | " " | Plaintiffs |
| Jessica Merejo | " " | Plaintiffs |
| John Boulton | " " | Plaintiffs |